

# Missouri Court of Appeals
## Southern District

## DECEMBER 28, 2015

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.    Case No.  SD33784

      Re:    JAMES A. PERREN,
             Plaintiff-Appellant,
             v.
             TIMOTHY A. PERREN and
             DANIEL A. PERREN,
             Defendants-Respondents.